IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RICHARD DOE, individually and as guardian for A.B., C.D., and E.F.; A.B., a minor child; C.D., a minor child; and E.F., a minor child, | : <br> : <br> : <br> : |
| Plaintiffs, | : |
| v. | :    Civil Action No. 15-963-UNA |
| STATE OF DELAWARE, DEPARTMENT OF SERVICES FOR CHILDREN, et al., | : <br> : |
| Defendants. | : |

**ORDER**

WHEREAS, the Plaintiffs have moved to seal the entire case, including the parties (D.I. 1):

NOW THEREFORE IT IS HEREBY ORDERED, that the first named Plaintiff party is sealed. This case is otherwise unsealed.

IT IS FURTHER ORDERED, that the Complaint and pending motion to seal are ORDERED SEALED. Plaintiffs are to submit redacted filings as per the Local Rules.

Oct 23, 2015
Date

_____
United States District Judge